UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TORRANCE A. GRAHAM,

        Petitioner,                              Civil Action No.
                                                              09-CV-14822

vs.

                                                              HON. MARK A. GOLDSMITH

CAROL R. HOWES,

        Respondent.
_____/

### OPINION AND ORDER (1) ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) OVERRULING PETITIONER'S OBJECTIONS, (3) DENYING PETITIONER'S APPLICATION FOR WRIT OF HABEAS CORPUS, and (4) DENYING PETITIONER A CERTIFICATE OF APPEALABILITY

      This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Paul J. Komives, entered on June 20, 2011. In his R&R, the Magistrate Judge recommends that Petitioner's application for writ of habeas corpus be denied, and that Petitioner be denied a certificate of appealability. Petitioner has filed objections to the R&R. The Court reviews de novo those portions of the R&R to which a specific objection has been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Having done so, the Court concludes that Magistrate Judge Komives correctly and thoroughly analyzed the issues presented, and reached the proper conclusions for the proper reasons.[1] Therefore, the Court accepts and adopts the Magistrate Judge's recommendations as the findings and conclusions of the Court, overrules Petitioner's objections, denies Petitioner's request for habeas relief, and denies Petitioner a certificate of appealability.

---

[1] Petitioner's objections merely rehash his earlier arguments, all of which were addressed and rejected by the Magistrate Judge.

1

SO ORDERED.

Dated: July 29, 2011                                              s/Mark A. Goldsmith
       Flint, Michigan                                         MARK A. GOLDSMITH
                                                                          United States District Judge

## **CERTIFICATE OF SERVICE**

        The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 29, 2011.

                                                                        s/Deborah J. Goltz
                                                                        DEBORAH J. GOLTZ
                                                                        Case Manager