UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TORRANCE A. GRAHAM,

        Petitioner,                       Civil Action No.
                                            09-CV-14822

vs.

                                            HON. MARK A. GOLDSMITH

CAROL R. HOWES,

        Respondent.

_____/

**JUDGMENT**

      The above-entitled matter having come before the Court on a petition for writ of habeas corpus, Honorable Mark A. Goldsmith, United States District Judge, presiding, and in accordance with the Order entered on this date;

      IT IS ORDERED AND ADJUDGED that the petition for a writ of habeas corpus is denied.

      IT IS FURTHER ORDERED AND ADJUDGED that a certificate of appealability is denied.

                            DAVID J. WEAVER

                            CLERK OF THE COURT

              BY:    s/Deborah J. Goltz_____

                            DEPUTY COURT CLERK

Dated: July 29, 2011

1